B2100A (Form 2100A) (12/15)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

In re:                                                    Case No.

**Fabio Tesorone**                                        **19-15963**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Quantum3 Group LLC as agent for Titan Asset Purchasing LLC | DLI Assets Bravo, LLC |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

Name and Address where notices
to transferee should be sent:

| **Quantum3 Group LLC as agent for** | Court Claim # (if known): | **3** |
|---|---|---|
| **Titan Asset Purchasing LLC** | Amount of Claim: | **$117220.20** |
| **PO Box 788** | Date Claim Filed: | **05/21/2019** |
| **Kirkland, WA 98083-0788** | | |

Phone:  425-242-7100                          Phone:

Last Four Digits of Acct #:**6982**          Last Four Digits of Acct #: **6982**

Name and Address where transferee
payments should be sent (if different
from above):

**Quantum3 Group LLC**
**PO Box 2489**
**Kirkland, WA 98083-2489**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ **Fredy Tlatenchi**                    Date: **08/09/2022**
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.